ANNETT-MAHNKEN REALTY COMPANY, a corporation of New Jersey, respondent.

*v.*

BETSEY GOLLIN et al., appellants.

[Decided January 31st, 1927.]

On appeal from an order of the court of chancery.

*Mr. Philip J. Scholland,* for the appellants.

*Mr. Charles L. Carrick,* for the respondent.

PER CURIAM.

Our examination of the state of the case, sent up with the present appeal, leads us to the conclusion that none of the grounds upon which we are asked to reverse the order under review have legal merit.

The order appealed from will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 11.

*For reversal*—None.